Daniel MOSS, Plaintiff—Appellant,

v.

UNITED STATES of America, Defendant—Appellee.

No. 07–1379.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 24, 2007.

Decided: Dec. 5, 2007.

Daniel Moss, Appellant Pro Se. Lora M. Taylor, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Moss appeals the district court's order accepting the recommendation of the magistrate judge and granting the Defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moss v. United States,* No. 7:06–cv–00051–D (E.D.N.C. Feb. 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*